George H. Gould, Plaintiff-Appellee, v. Country Mutual Casualty Company, an Illinois Corporation, Defendant-Appellant.

Gen. No. 11,481. 

Second District, First Division.
March 27, 1962.

O'Brien, Burnell, Puckett & Barnett, of Aurora, for appellant; Dolph, of Aurora, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.